**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Arkansas__
                              (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  BSVH, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 6 – 1 5 6 6 7 5 3

4. **Debtor's address**

   **Principal place of business**

   750 N. Saint Paul St
   Number    Street

   Suite 250 #86752

   Dallas           TX      75201
   City             State   ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   109 Roadrunner Point
   Number    Street

   _____

   Hot Springs        AR      71913
   City               State   ZIP Code

5. **Debtor's website** (URL)   _____

Debtor  **BSVH, LLC**_____  Case number (*if known*)_____
       Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _7_ _2_ _1_ _1_

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __**BSVH, LLC**_____ Case number (*if known*)_____
     Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☐ No
    ☒ Yes.   District __Western of Ark__   When __02/07/2020__   Case number __6:20-bk-70365__
                                                      MM / DD / YYYY
               District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.   Debtor _____   Relationship _____
           District _____   When _____
                                                      MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                        Number      Street
                                        _____
                                        _____   _____ _____
                                        City                                 State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

---

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy               page **3**

Debtor **BSVH, LLC**_____  Case number (*if known*)_____
Name

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/21/2022**
MM / DD / YYYY

DocuSigned by: *Matthew Valentine*
30AD59B82A8458...

X **/s/ Matthew Valentine**_____  **Matthew Valentine**_____
Signature of authorized representative of debtor  Printed name

Title **President**_____

---

Debtor    **BSVH, LLC**
          Name                                                                Case number (*if known*)_____

**18. Signature of attorney**    ✗  **/s/ Travis W. Story**                   Date  **02/21/2022**
                                 Signature of attorney for debtor                   MM    / DD / YYYY

**Travis W. Story**
Printed name

**Story Law Firm, PLLC**
Firm name

**2603 Main Drive, Suite 6**
Number       Street

**Fayetteville**                                          **AR**       **72704**
City                                                      State        ZIP Code

**479-443-3700**                                          **travis@storylawfirm.com**
Contact phone                                             Email address

**2008274**                                               **AR**
Bar number                                                State

**Fill in this information to identify the case:**

Debtor name __BSVH, LLC__

United States Bankruptcy Court for the: __Western__ District of __AR__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Matthew Valentine<br>750 N. Saint Paul St.<br>Ste 250 #86752<br>Dallas, TX 75201 | | FF&E Loan | | | | Unknown |
| 2 | Above and Beyond<br>P.O. Box 639<br>Moravian Falls, NC 28654 | | Professional Services | | | | $8,000.00 |
| 3 | Cardpointe<br>c/o Hood and Stacey<br>2307 Southeast B St. STE 1<br>Bentonville, AR 72712 | | Trade Debts | | | | $25,763.40 |
| 4 | Garland Solid Waste<br>501 Ouachita Ave # B4<br>Hot Springs, AR 71901 | | Trade Debts | | | | Unknown |
| 5 | Garland County Tax Assessor<br>200 Woodbine St<br>Hot Springs, AR 71901 | | Trade Debts | | | | $19,670.17 |
| 6 | JMV ENTERPRISES, LLC<br>750 N. Saint Paul St.<br>Ste 250 #86752<br>Dallas, TX 75201 | | Working Capital | | | | Unknown |
| 7 | | | | | | | |
| 8 | | | | | | | |

Visio Financial Services, Inc.
1905 Kramer Lane Ste. B700
Austin, Tx 78758


Wilson & Associates
400 West Capitol Ave
Suite 1400
Little Rock, AR 72201


Matthew Valentine
750 N. Saint Paul St
Suite 250 #86752
Dallas, TX 75201


Above and Beyond
P.O. Box 639
Moravian Falls, NC 28654


Cardpointe
c/o Hood and Stacey
2307 Southeast B St. STE 1
Bentonville, AR 72712


Garland Solid Waste
501 Ouachita Ave # B4
Hot Springs, AR 71901

Garland County Tax Assessor
200 Woodbine St
Hot Springs, AR 71901